*#695461  #128824*

FILED
2010 SEP -2 PM 3:02
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                    *        CASE # 05-74694 W
                                   CHAPTER 13
                          *
Caruso, Michael J & Kathleen T
Debtor                    *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Trustee received returned disbursements from the United States Postal Service marked "unable to deliver – no forwarding on file".

2. The balance of funds for the creditor in the amount of **$9.65** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---------|-------|--------|-------------|
| 694781  | St Vincent Medical Center<br>Dept L1173<br>Columbus, Oh 43260-0001 | 9.65 | 7/30/10 |

2. Your trustee's check #695461 for a total of $ 9.65 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 08/31/10

John P. Gustafson
Trustee in Bankruptcy